[No. 4923-6-II.   Division Two.   April 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
STEPHEN LOVEJOY, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 80-5896, Dale M. Nordquist, J., entered July 2, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, A.C.J., and Thompson, J. Pro Tem.

[No. 5242-3-II.   Division Two.   April 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN D.
PRIMROSE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7302, Alan R. Hallowell, J., entered December 18, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.

[No. 8503-4-I.   Division One.   April 26, 1982.]

CASCADE ROADS, INC., *Respondent,* v. ACCESS
ROAD BUILDERS CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 849638, Frank J. Eberharter, J., entered February 5, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Durham, JJ.

[No. 8910-2-I.   Division One.   April 26, 1982.]

JACK A. JOHNSON, *Appellant,* v. DONALD H.
DREW, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 852268, Jack P. Scholfield, J., entered May 29, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Durham, J.